```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 6 2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   -v-

LUIGI JAQUEZ,
KARILIE HERRERA,
 a/k/a "Choco,"
 a/k/a "Choco Black," and
SACHA SANTIAGO,

     Defendants.

- - - - - - - - - - - - - - - - - - x

**ORDER**

17 Cr. 415 (    )

  Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Joon H. Kim, by Assistant United States Attorney Sarah R. Krissoff;

  It is found that the Indictment in the above-captioned action, 17 Cr. 415, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

  ORDERED that the Indictment, 17 Cr. 415, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
    July 6, 2017

              _____
              THE HONORABLE DEBRA FREEMAN
              CHIEF UNITED STATES MAGISTRATE JUDGE