```
   I2EQJACc

 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x
    UNITED STATES OF AMERICA
 3
               v.                         17 CR 415 (PAC)
 4                                        Conference
    LUIGI JAQUEZ, KARILIE HERRERA,
 5  SACHA SANTIAGO

 6                 Plaintiffs
    ------------------------------x
 7
                                          New York, N.Y.
 8                                        February 14, 2018
                                          4:30 p.m.
 9

10  Before:

11                    HON. PAUL A. CROTTY
                                          District Judge
12

13                     APPEARANCES

14  GEOFFREY S. BERMAN
        Interim United States Attorney for the
15      Southern District of New York
    HAGAN C. SCOTTEN
16  SARAH KRISSOFF
        Assistant United States Attorney
17
    DAVID S. GREENFIELD
18      Attorney for Defendant Jaquez

19  CARDI & EDGAR LLP
        Attorney for Defendant Herrera
20  DAWN M. CARDI

21  DAWN M. FLORIO LAW FIRM PLLC
        Attorney for Defendant Santiago
22  DAWN M. FLORIO

23  -Also Present-

24  LORRAINE GAULI-RUFO LAW - Standby CJA

25
```

1              (Case called)
2              THE DEPUTY CLERK:  Counsel for the government, please
3    state your appearances.
4              MR. SCOTTEN:  Good afternoon, your Honor.
5              Hagan Scotten and Sarah Krissoff for the government.
6              THE COURT:  Good afternoon.
7              MS. KRISSOFF:  Good afternoon, your Honor.
8              MR. GREENFIELD:  Good afternoon, your Honor.
9              David Greenfield for Mr. Luigi Jaquez.
10             He hasn't been produced, your Honor.  I was over to
11   see him after I was informed by your deputy earlier that he
12   refused to come.  That is not so.  I spoke with him.  He did
13   not refuse.  I spoke with the jailers over at the Bureau of
14   Prisons and the MCC right next door, and they told me that the
15   proceeding was canceled.  I was told by them that he would be
16   produced here today this afternoon.  He wasn't, but my word to
17   the Court is that he did not refuse to come this morning, and I
18   don't know why there was a mixup.  I don't think anybody is to
19   blame, but I don't want the Court to think that he is not here
20   because he doesn't want to be here.
21             THE COURT:  Right.
22             MR. GREENFIELD:  He's not here because he was not
23   produced.
24             THE COURT:  Thank you, Mr. Greenfield.
25             MS. CARDI:  Dawn Cardi for Karilie Herrera.

1            Good afternoon, your Honor.
2            THE COURT:  Ms. Cardi, how are you?
3            Ms. Herrera, how are you?
4            DEFENDANT HERRERA:  Fine.
5            MS. FLORIO:  Good afternoon, your Honor.
6            Dawn Florio of the Dawn Florio Law Firm.  I represent
7    Ms. Sacha Santiago, who is seated to the left of me.
8            Good afternoon your Honor.
9            THE COURT:  Good afternoon.
10           Ms. Santiago, how are you?
11           DEFENDANT SANTIAGO:  Good.  How are you?
12           THE COURT:  Well, we won't be doing anything today in
13   light of Mr. Jaquez's absence, but there are some preliminary
14   matters we can take up.
15           Mr. Scotten, is there a report from Washington?
16           MR. SCOTTEN:  Yes, your Honor.  This office has been
17   directed and authorized not to seek the death penalty against
18   Mr. Jaquez.
19           THE COURT:  OK.  So have you communicated that?
20           MR. SCOTTEN:  I'm sure we communicated to counsel, and
21   I'm sure we forwarded the letter to the Court.  If we did not,
22   I apologize.
23           MR. GREENFIELD:  Your Honor, I was so notified
24   sometime last week.
25           THE COURT:  What does that do then to the discovery

schedule and next steps?

MR. SCOTTEN:  Your Honor, discovery has been produced. Obviously, we acknowledge we have continuing obligations for anything new, but there's nothing we are holding on to now that we haven't produced.

So assuming we resolve whatever counsel issues need to be resolved, we can set a motion, calendar and trial date.  I do think it probably makes sense to resolve the issue for which we originally convened today before doing that because that could necessitate delays, but otherwise there is no obstacle to setting a motion, calendar and trial date.

THE COURT:  Mr. Greenfield, do you have idea about motion schedule?

MR. GREENFIELD:  Your Honor, I would think I would need maybe 45 more days, maybe 30 to 45 more days, and I can report back to the Court.  I don't know what other counsel --

THE COURT:  I'm going to ask Mrs. Cardi and Florio.

MS. CARDI:  I think 45 days would be sufficient, your Honor.

THE COURT:  Ms. Florio.

MS. FLORIO:  I concur, your Honor.

MS. CARDI:  Judge, just as a point of information, your Honor.  Given the other matter that is before you, it might be that there is new counsel for one of the defendants, and I'm just reminding the Court of that.

1              THE COURT:  OK.
2              MR. GREENFIELD:  Your Honor, just note with regard to
3     the CJA system, I will revert back to the old rate as of today
4     and submit a voucher as of today.
5              THE COURT:  All right.  Did you have learned counsel?
6              MR. GREENFIELD:  No, I didn't ask for it.  I didn't
7     see the need to ask for it in this case.
8              THE COURT:  All right.
9              Now, Ms. Cardi and Ms. Florio, let's take up the other
10    matter.
11             Ms. Cardi, it's still your position that your client
12    objects to Ms. Florio's continuing representation of Ms.
13    Santiago?
14             MS. CARDI:  Yes, your Honor.
15             THE COURT:  You are not going to change that position?
16             MS. CARDI:  I am not.
17             THE COURT:  Under what circumstances in light of that
18    objection can Ms. Florio continue on to represent Ms. Santiago
19    in your view?
20             MS. CARDI:  In my view, there are no circumstances,
21    your Honor, because I don't believe that it's a waive -- I
22    think Ms. Florio's client can waive her objection.  My client
23    could waive her objection, but she is not going to.
24             THE COURT:  What are your objections?
25             MS. CARDI:  My objections were set forth in our

I2EQJACc

1   ex-parte letter, and I would very much like the Court to take
2   my representations ex-parte.  I don't think they should be
3   before the government.
4            THE COURT:  Does the government want to be heard on
5   that?
6            MR. SCOTTEN:  If the Court is inclined to proceed
7   today, we are fine leaving for whatever Ms. Cardi needs to say
8   without us present.  We can step outside if the Court wants to
9   proceed today or we can do it another day.
10           THE COURT:  I'd like to get started on this,
11  Mr. Scotten, if you don't mind.
12           MR. SCOTTEN:  Not at all, your Honor.
13           MS. CARDI:  Your Honor, I also think the courtroom, I
14  don't know who's here, but I'm not -- can we go to chambers?
15           THE COURT:  We can go in the robing room.
16           MS. CARDI:  OK.
17           (Pages 7-12 Sealed)
18           (Pages 13-17 Sealed)
19       (Continued on next page)
20
21
22
23
24
25

1            (In open court)

2            THE COURT:  What we decided in the robing room is that

3   Ms. Cardi on behalf of Ms. Herrera will make a motion to

4   disqualify Ms. Florio.

5            She is going to make the motion by March 9; response

6   by Ms. Florio March 30; with a brief reply by April 6.  I will

7   decide that motion promptly, and then we will see whether new

8   counsel is necessary or Ms. Florio is going to continue.

9            Is there anything else, Ms. Cardi or Ms. Florio, you

10  want me to say?

11           MS. CARDI:  No, your Honor.

12           MS. FLORIO:  No, your Honor.

13           THE COURT:  The submissions will be in camera.

14  Because they've got to deal with matters that are strictly

15  between Ms. Herrera and Ms. Santiago, I'm going to direct that

16  the government not be served with the papers nor will

17  Mr. Greenfield be served with the papers.

18           Anything else to take up?

19           MR. SCOTTEN:  Yes, your Honor.  Separate and apart

20  from Ms. Herrera's motion to disqualify, we think there

21  would -- how the Court resolves that, if Ms. Florio is going to

22  stay on the case, there would still have to be a Curcio hearing

23  to allocate Ms. Santiago on her rights to non-conflicted

24  counsel.

25           THE COURT:  I agree with that.  I think that was clear

1    in our conversations.
2             Ms. Florio?
3             MS. FLORIO:  Yes, that's correct.
4             MR. SCOTTEN:  Understood, your Honor.
5             THE COURT:  Do you want to exclude time?
6             MR. SCOTTEN:  Yes, your Honor.  Since there are I
7    think -- the government moves to exclude time under the Speedy
8    Trial Act so that the parties can resolve the current issues
9    with respect to representation, and thereby prepare other
10   motions that may be relevant to resolution of the case.
11            THE COURT:  Any objection?
12            (All counsel reply in the negative)
13            THE COURT:  Time between now and April 15 will be
14   excluded for the reasons stated.  Those reasons outweigh the
15   public and defendant in a speedy trial.
16            MS. CARDI:  Is there another court date, your Honor?
17            THE COURT:  The 16th.  It's a control date.  Nothing
18   is going to happen on the 16th except we have to have an end
19   date.
20            MS. CARDI:  We are not going to appear or we are going
21   to appear?
22            THE COURT:  It's a control date.  After I get the
23   papers, I may want to hear argument.  I certainly am going to
24   want to talk to both of you again.  So we will set a date when
25   the papers are finally filed by April 6.

I2EQJACc

1        MS. CARDI:  Thank you, your Honor.
2        MS. FLORIO:  Thank you.
3        MR. SCOTTEN:  Thank you, your Honor.
4        THE COURT:  Thanks very much.
5        (Adjourned)